# United States District Court
## Violation Notice

**CVB Location Code:** OS60

**Violation Number:** F08T005V
**Officer Name:** Mercer
**Officer No.:** 2522

F08T005V

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

**Date and Time of Offense (mm/dd/yyyy):** 03/21/2025 16:51
**Offense Charged:** FED 36 CFR 261.8A
**Place of Offense:** Jacobs Rd area

**Offense Description: Factual Basis for Charge**
36 CFR 261.8A - STATE HUNTING & FISHING

HAZMAT ☐

### DEFENDANT INFORMATION

**Phone:**

**Last Name:** Spaulding
**First Name:** Jason
**M.I.:** A

**Street Address:**

**City:**   **State:**   **Zip Code:**   **Date of Birth (mm/dd/yyyy):**

**Drivers License No.:**   **CDL:** ☐   **D.L. State:**   **Social Security No.:**

Adult ☐   Juvenile ☐   Sex ☐ M ☐ F   **Race**   **Hair**   **Eyes**   **Height**   **Weight**

### VEHICLE

**VIN:**   **CMV** ☐

**Tag No.**   **State**   **Year**   **Make/Model** /   **PASS** ☐   **Color**

**A** ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
SEE INSTRUCTIONS (opposite).

**B** ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.
SEE INSTRUCTIONS (opposite).

$ 150.00   Forfeiture Amount
$ 30.00   Processing Fee

**PAY THIS AMOUNT**   $ 180.00   Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

**Court Address:** 85 Marconi Boulevard, Columbus, Ohio 43215
**Date (mm/dd/yyyy):**
**Time (hh:mm):**

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature

Previous edition is obsolete   Original - CVB Copy   FS-5300-4 (7/05)

F08T005V

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on  03/21/2025  while exercising my duties as a law enforcement officer in the  Southern  District of  OH

Pursuant to 16USC 551: On April 25, 2025, while exercising my duties as Law Enforcement Officer, I (U.S. Forest Service Law Enforcement Officer Lamar Mercer #2522) was on uniformed patrol in a marked police vehicle, within the boundaries of the Wayne National Forest, Athens Ranger District, Hocking County, in the Southern District of Ohio.

I reviewed trail camera photographs which showed a man possessing a level action style rifle, and other photographs showing a juvenile male holding a dead cotton tail rabbit standing next to the man. Photographs also showed a grey Ford F150 (Ohio temporary registration T421969) drive off road, and through a mudding hole. This off-road motor vehicle use activity has caused rutting and damage to the natural features in that area. The photographs were taken on or about March 21, 2025 at approximately 1645 hrs.

The man with the rifle was later identified as Jason A. SPAULDING (DOB: 8/12/1984). A record check showed SPAULDING did not possess a valid Ohio small game hunting license at that time. Ohio rabbit hunting season closed February 28, 2025 and does not open until November 7, 2025.

On April 25th, I contacted SPAULDING, who identified himself by his Ohio driver's license SC688165. SPAULDING admitted to hunting without a valid hunting license, and to shooting one cotton tail rabbit. SPAULDING further admitted to knowing the rabbit hunting season was closed. SPAULDING admitted he was the one who drove off road in the grey F150, and through the mud hole.

SPAULDING was issued a violation notice for 36 CFR 261.8A: State Hunting- hunting without a license, and 36 CFR 261.8A: State Hunting- killing a cotton tail rabbit out of hunting season. SPAULDING warnings were issued for 36 CFR 261.13: operating motor vehicle in a undesignated area, and 36 CFR 261.15h: off road resource damage- causing damage to natural features with a motor vehicle.

The foregoing statement is based upon:

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on:   03/21/2025                  *Lamar Mercer*
               Date (mm/dd/yyyy)           Officer's Signature

☐ Probable cause has been stated for the issuance of a warrant.

Executed on:   _____
               Date (mm/dd/yyyy)           U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident;    PASS = 9 or more passenger vehicle;

CDL = Commercial drivers license;    CMV = Commercial vehicle involved in incident